Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067-3204
Tel: (424) 285-8330 | Fax: (424) 204-9093

Amir Nassihi (SBN 235936)
anassihi@shb.com
Joan R. Camagong (SBN 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
TESLA INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH, an individual, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation<br><br>Defendant. | Case No. 8:21-cv-00060-JLS-JDE<br><br>Assigned to Hon. Josephine L. Staton Courtroom 10A, 10th Floor<br><br>**DEFENDANT TESLA INC.'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:     October 15, 2021<br>Time:    10:30 a.m. |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Please take notice that on October 15, 2021 at 10:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Josephine L. Staton, sitting in the United States Courthouse, Courtroom 10A, 411 W. Fourth St., Santa Ana, CA, 92701, Defendant Tesla, Inc. ("Tesla") will and hereby does move this Court for an Order granting Tesla's Motion for Judgment on the Pleadings.

The conference required by L.R. 7-3 was held via Zoom conference on April 26, 2021.

This Motion is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities, the pleadings and papers on file in this action, and such oral and documentary evidence as may be presented at the hearing on this Motion.

Dated: May 7, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Joan R. Camagong*
      Joan R. Camagong

Attorney for Defendant
TESLA INC.