Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067-3204
Tel: (424) 285-8330 | Fax: (424) 204-9093

Amir M. Nassihi (SBN 235936)
anassihi@shb.com
Joan R. Camagong (SBN 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
TESLA INC.

[Additional Counsel Listed in Signature Block]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH, an individual, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation<br><br>Defendant. | Case No. 8:21-cv-00060-PSG-JDE<br><br>Assigned to Hon. Philip S. Gutierrez<br>Courtroom 6A, 6th Floor<br><br>**JOINT STIPULATION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE** |

1  Plaintiff Robert Fish ("Plaintiff") and Defendant Tesla, Inc. ("Tesla")
2  (collectively, the "Parties"), by and through their respective counsel, hereby submit the
3  following joint stipulation, with reference to the following facts and recitals.
4      1.    On January 12, 2021, Plaintiff filed his complaint. (Dkt. 1).
5      2.    On March 5, 2021, Tesla filed an answer to Plaintiff's complaint. (Dkt. 11)
6      3.    On March 8, 2021 the Court entered an order setting the Rule 26(f)
7  scheduling conference in this case on May 14, 2021. (Dkt. 12).
8      4.    On May 5, 2021, Tesla filed a motion for judgment on the pleadings (Dkt.
9  23). Plaintiff filed an opposition on September 10, 2021 (Dkt. 32), and Tesla filed a
10 reply on October 1, 2021 (Dkt. 33).
11     5.    On August 16, 2021, Plaintiff filed a motion for leave to file an amended
12 complaint (Dkt. 30).
13     6.    On November 3, 2021 and pursuant to General Order 21-01, this case was
14 transferred from Judge Josephine Staton to Judge Philip Gutierrez (Dkt. 37).
15     7.    On January 14, 2022, Tesla filed its opposition to Plaintiff's motion for
16 leave to file an amended complaint (Dkt. 44).
17     8.    On January 21, 2022, Plaintiff filed a reply brief in support of its motion
18 for leave to file an amended complaint (Dkt. 47).
19     9.    On January 28, 2022, the Court granted Plaintiff's motion for leave to file
20 an amended complaint and denied Tesla's motion for judgment on the pleadings as moot
21 The Court also ordered Plaintiff to file an amended complaint by February 4, 2022 (Dkt.
22 48).
23     10.    In light of the above, the Parties have met and conferred and agree to
24 extend Tesla's deadline to respond to Plaintiff's amended complaint from February 18,
25 2022 to March 4, 2022.
26 The Parties hereby agree and stipulate, pending this Court's approval, the
27 following deadlines:
28

1. Tesla's deadline to respond to Plaintiff's amended complaint is extended from February 18, 2022 to March 4, 2022.

2. Any opposition or reply shall be due pursuant to L.R. 7-9 and 7-10.

IT IS SO STIPULATED.

Dated: February 11, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir M. Nassihi*
    AMIR M. NASSIHI
    JOAN R. CAMAGONG
    MICHAEL L. MALLOW
    RACHEL A. STRAUS

Attorneys for Defendant
TESLA INC.

Dated: February 11, 2022

Respectfully submitted,

FISH IP LAW LLP

By: */s/ John Van Loben Sels*
    JOHN VAN LOBEN SELS

Attorney for Plaintiff
ROBERT FISH

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Amir Nassihi, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5- 4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

By: */s/ Amir M. Nassihi*
    Amir M. Nassihi