Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067-3204
Tel: (424) 285-8330 | Fax: (424) 204-9093

Amir Nassihi (SBN 235936)
anassihi@shb.com
Joan R. Camagong (SBN 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
TESLA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH, ZACHARY HLVINKA, JOEL MANN, HERBERT JOEL SEGALL, and M. DEEBLE, individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, Defendant,<br><br>Defendant. | Case No. 8:21-cv-00060-PSG-JDE<br><br>Assigned to Hon. Philip S. Gutierrez Courtroom 6A, 6th Floor<br><br>**DEFENDANT TESLA INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date:    April 15, 2022<br>Time:   1:30 p.m. |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 15, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Philip S. Gutierrez, Courtroom 6A, of the above-entitled Court, located at First Street Courthouse, 350 West 1st Street, Los Angeles, California, 90012, Tesla Inc. ("Tesla") will and hereby does move this Court as follows:

1. For an order compelling plaintiffs Zachary Hlavinka, Joel Mann, and Herbert Joel Segall to submit their claims to individual arbitration under the terms of the Agreements to Arbitrate between plaintiffs and Tesla; and

2. For an order staying their claims pending completion of the arbitration.

The motion is based on this notice of motion, the supporting memorandum of points and authorities; the declarations of Joan Camagong, Victor Barclay, Jasjit Ahluwalia, and Lis Fraser; the pleadings on file in this case; and such evidence or argument as the Court may allow at the time of hearing.

This motion is made following the Local Rule 7-3 meet and confer, which occurred on February 10, 2022. The parties did not reach a resolution that obviated the need for this motion.

Dated: February 25, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Joan R. Camagong*
   Joan R. Camagong

   Attorney for Defendant
   TESLA INC.