| | |
|---|---|
| 1 | Michael L. Mallow (SBN 188745) |
| 2 | mmallow@shb.com<br>Rachel A. Straus (SBN 268836) |
| 3 | rstraus@shb.com<br>SHOOK, HARDY & BACON L.L.P. |
| 4 | 2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067-3204 |
| 5 | Tel: (424) 285-8330 \| Fax: (424) 204-9093 |
| 6 | Amir Nassihi (SBN 235936)<br>anassihi@shb.com |
| 7 | Joan R. Camagong (SBN 288217)<br>jcamagong@shb.com |
| 8 | SHOOK, HARDY & BACON L.L.P.<br>555 Mission Street, Suite 2300 |
| 9 | San Francisco, CA 94105<br>Tel: (415) 544-1900 \| Fax: (415) 391-0281 |
| 10 | Attorneys for Defendant |
| 11 | TESLA INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH, ZACHARY HLVINKA, JOEL MANN, HERBERT JOEL SEGALL, and M. DEEBLE, individuals, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation,<br>Defendant,<br><br>          Defendant. | Case No. 8:21-cv-00060-PSG-JDE<br><br>Assigned to Hon. Philip S. Gutierrez Courtroom 6A, 6th Floor<br><br>**DECLARATION OF JOAN R. CAMAGONG IN SUPPORT OF DEFENDANT TESLA INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:     April 15, 2022<br>Time:    1:30 p.m. |

I, Joan R. Camagong, hereby declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California and admitted to practice before this District Court. I am an attorney with Shook, Hardy & Bacon L.L.P., counsel of record for defendant Tesla, Inc. in this Action. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto under oath.

2. On February 10, 2022, the Parties met and conferred pursuant to Local Rule 7-3 and did not reach a resolution which obviated the need for Tesla's motion to compel arbitration. On that same day, I emailed Plaintiffs' counsel copies of the relevant arbitration agreements.

3. On February 24, 2022, I again followed up with Plaintiffs' counsel via email to inquire about whether they would agree to individual arbitration and to inform them that Tesla still intends to proceed with a motion to compel arbitration. As of the time of filing this Motion, I have not heard back from Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of February, 2022, in San Francisco, California.

*/s/ Joan R. Camagong*
Joan R. Camagong