Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Tel: (424) 285-8330 | Fax: (424) 204-9093

Amir Nassihi (SBN 235936)
anassihi@shb.com
Joan R. Camagong (SBN 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH, ZACHARY HLVINKA, JOEL MANN, HERBERT JOEL SEGALL, and M. DEEBLE, individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, Defendant,<br><br>Defendant. | Case No. 8:21-cv-00060-PSG-JDE<br><br>Assigned to Hon. Philip S. Gutierrez<br>Courtroom 6A, 6th Floor<br><br>**DECLARATION OF JASJIT AHLUWALIA** |

I, Jasjit Ahluwalia, declare as follows:

1. I am a Staff Product Manager, IT Applications at Tesla, Inc. ("Tesla"), where I have been employed for over ten years. Since starting at Tesla my job responsibilities have consisted of software development and database administration. Except as otherwise noted, I have personal knowledge of the following facts and if called to testify could and would testify competently thereto.

2. As part of its business, Tesla regularly generates and maintains a variety of records relating to its transactions and communications with customers. Tesla currently maintains such records in a database called DocGen. Previously, Tesla stored these records in a Salesforce database; those records were migrated to DocGen beginning in or about October 2019.

3. The DocGen system includes copies of customer Motor Vehicle Order Agreements or Motor Vehicle Purchase Agreements (referenced collectively as an "Order Agreement"). When a customer agrees to an Order Agreement with an "Agreement to Arbitrate," the arbitration agreement provides instructions to the customer about where to send notice if the customer elects to opt out of the arbitration. When Tesla receives a customer notice opting out of an arbitration agreement, a copy of that notice is stored in the DocGen system.

4. The exhibits referenced in and attached to this declaration are records relating to Joel Mann, Herbert Joel Segall, and Zachary Hlavinka that were obtained from Tesla's DocGen database.

**Overview**

5. In general, Tesla customers who want to buy a vehicle from Tesla can start the process by placing an order online through either the desktop or mobile version of Tesla's website.

6. Tesla provides each customer with an online "Tesla Account" (previously called "My Tesla Account") that Tesla uses to communicate order updates

and product information, and to provide transaction-related documents for customer review and acceptance, among other things. The Tesla Account is automatically created for a customer as part of the order process, although some customers choose to create a Tesla Account before placing their order (e.g., to save their vehicle configuration before ordering). To place such an order, the customer must configure their vehicle by selecting various options for their vehicle (in the case of a new vehicle), enter payment details and other information, and click a button to place their order and agree to Tesla's terms and conditions.[1] These terms and conditions are set forth in an agreement that has been called either a Motor Vehicle Order Agreement or Motor Vehicle Purchase Agreement at various points in time (referenced collectively as an "Order Agreement"). When a customer completes their order, but before delivery, they receive in their Tesla Account a copy of the Order Agreement.

7. Then, unlike at a traditional car dealership, Tesla customers typically do not take delivery of their vehicles immediately, but instead wait a period of days or weeks while Tesla manufactures, transports, and/or otherwise prepares the vehicle for delivery. Between the initial order and delivery, customers arrange to make final payment for their vehicles, which can be done by check and/or through a loan or lease agreement. At or before the time of delivery, the customer makes his or her final payment and may sign additional documents to complete their purchase. Prior to delivery of the vehicle, Tesla provides the customer with the Order Agreement which includes the vehicle configuration and the final price sheet.

8. One of the final documents that a customer may sign prior to taking delivery of their vehicle is a delivery declaration which reaffirms the customer's understanding that they are bound by the applicable Order Agreement.

///

---

[1] The Declaration of Victor Barclay further explains the online purchase process and attaches screen shots of the Order Payment screen used to complete an order.

## Joel Mann's Model S 100D Order and Delivery

9. Records from DocGen confirm that Joel Mann ordered a 2017 Model S 100D on July 25, 2017 and indicate that Joel Mann paid an order fee. As part of this process, on July 25, 2017, a copy of the Order Agreement was made available to him.

10. On August 7, 2017, Joel Mann took delivery of his vehicle. When he took delivery, Joel Mann physically signed the Order Agreement that includes the "Agreement to Arbitrate." Attached as **Exhibit 1** is a true and correct copy of the Order Agreement Joel Mann signed.

11. Tesla's DocGen records do not show that Joel Mann mailed to Tesla at the address provided in his Order Agreement a request to Opt Out of the Agreement to Arbitrate. If Joel Mann mailed such a request to Tesla, a copy would be stored in Tesla's DocGen records.

## Herbert Joel Segall's Model X Order and Delivery

12. Records from DocGen confirm that Herbert Joel Segall ordered a 2018 Model X 75D on October 31, 2018 and indicate that he paid an order fee. As part of this process, on October 31, 2018, a copy of the Order Agreement was made available to him. Attached as **Exhibit 2** is a copy of the Order Agreement Terms & Conditions that he agreed to when he placed his order.

13. On November 27, 2018, Herbert Joel Segall took delivery of his vehicle. When he took delivery, Herbert Joel Segall physically signed the Order Agreement that includes the "Agreement to Arbitrate." Attached as **Exhibit 3** is a true and correct copy of the Order Agreement Herbert Joel Segall signed.

14. Tesla's DocGen records do not show that Herbert Joel Segall mailed to Tesla at the address provided in his Order Agreement a request to Opt Out of the Agreement to Arbitrate. If Herbert Joel Segall mailed such a request to Tesla, a copy would be stored in Tesla's DocGen records.

| | |
|---|---|
| 1 | **Zachary Hlavinka's Model 3 Order and Delivery** |
| 2 | 15. Records from DocGen confirm that Zachary Hlavinka ordered a 2019 |
| 3 | Model 3 on December 8, 2019 and indicate that he paid an order fee. As part of this |
| 4 | process, on December 8, 2019, a copy of the Order Agreement was made available to |
| 5 | him. Attached as **Exhibit 4** is a copy of the Order Agreement and Terms and |
| 6 | Conditions that he agreed to when he placed his order. |
| 7 | 16. On December 24, 2019, Zachary Hlavinka took delivery of his vehicle. |
| 8 | 17. Tesla's DocGen records do not show that Zachary Hlavinka mailed to |
| 9 | Tesla at the address provided in his Order Agreement a request to Opt Out of the |
| 10 | Agreement to Arbitrate. If Zachary Hlavinka mailed such a request to Tesla, a copy |
| 11 | would be stored in Tesla's DocGen records. |
| 12 | /// |
| 13 | /// |

1 | I declare under penalty of perjury under the laws of the United States of
2 | America that this Declaration is true and correct. Executed on this 22nd day of
3 | February 2022 in San Francisco, California.

_____
Jasjit Ahluwalia