| | |
|---|---|
| 1 | Michael L. Mallow (SBN 188745) |
| | mmallow@shb.com |
| 2 | Rachel A. Straus (SBN 268836) |
| | rstraus@shb.com |
| 3 | SHOOK, HARDY & BACON L.L.P. |
| | 2049 Century Park East, Suite 3000 |
| 4 | Los Angeles, CA 90067 |
| | Tel: (424) 285-8330 | Fax: (424) 204-9093 |
| 5 | |
| | Amir Nassihi (SBN 235936) |
| 6 | anassihi@shb.com |
| | Joan R. Camagong (SBN 288217) |
| 7 | jcamagong@shb.com |
| | SHOOK, HARDY & BACON L.L.P. |
| 8 | 555 Mission Street, Suite 2300 |
| | San Francisco, CA 94105 |
| 9 | Tel: (415) 544-1900 | Fax: (415) 391-0281 |
| 10 | Attorneys for Defendant |
| | TESLA, INC. |
| 11 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH, ZACHARY HLVINKA, JOEL MANN, HERBERT JOEL SEGALL, and M. DEEBLE, individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, Defendant,<br><br>Defendant. | Case No. 8:21-cv-00060-PSG-JDE<br><br>Assigned to Hon. Philip S. Gutierrez<br>Courtroom 6A, 6th Floor<br><br>**DECLARATION OF VICTOR BARCLAY** |

I, Victor Barclay, declare as follows:

1. I am a Senior Manager of Software Engineering at Tesla, Inc. ("Tesla"), where I have been employed for more than eleven years. My job responsibilities consist of software development and implementation, including with respect to Tesla's website. Except as otherwise noted, I have personal knowledge of the following facts and if called to testify could and would testify competently thereto.

2. Tesla designs, manufacturers, sells and services a suite of high-performance, all-electric vehicles. Tesla customers who want to buy or lease a new or used vehicle from Tesla can start that process by placing an order online through either the desktop or mobile version of Tesla's website. Customers can also place an order at a Tesla-owned store, but still must access the same online ordering process in order to make their purchase (for example, at an internet-connected kiosk in the store). Regardless of how a customer accesses the online ordering process, the Order Payment screen is displayed to complete the order.

3. The Order Payment screen includes a button labeled "Place Order" (which at times in the past was labeled "Order") that customers must click to complete the purchase.

4. Tesla maintains as part of its business certain historical website information, including screenshots and linked documents associated with the Order Payment screen.

5. I reviewed the Order Agreements for Joel Mann, Herbert Joel Segall, and Zachary Hlavinka to confirm their order placement dates as set forth below.

6. When Joel Mann placed his order on July 25, 2017, the "Place Order" button was accompanied by language stating: "By clicking 'Place Order' I agree to the Model S Order Agreement …" or some variation of that language.

7. When Herbert Joel Segall placed his order on October 31, 2018, the "Place Order" button was accompanied by language stating "By clicking 'Place

1  Order' I agree to the Model X Order Agreement …" or some variation of that
2  language.

3　　　　8.　　When Zachary Hlavinka placed his order on December 8, 2019, the
4  "Place Order" button was accompanied by language stating "By clicking 'Place
5  Order' I agree to the Model 3 Order Agreement…" or some variation of that language.

6　　　　9.　　At all relevant times, the "Order Agreement" language described above
7  has been hyperlinked to an online copy of the relevant model's order agreement, as
8  indicated by bolded and/or underlined text, giving customers the opportunity to
9  review the agreement and its terms and conditions before clicking the "Place Order"
10 button. This is true whether a customer placed their online order via mobile or
11 desktop.

12　　　10.　　I obtained from Tesla's internal records examples of the Order Payment
13 screens for both the mobile and desktop version of Tesla's website that were in use at
14 the time that Joel Mann, Herbert Joel Segall and Zachary Hlavinka each placed their
15 orders.  While Tesla's records do not specify whether an online order was placed
16 through the mobile or desktop version of Tesla's website, at all relevant times, placing
17 an online order necessarily required a click on either the desktop or mobile version of
18 the Order Payment screens referenced below.

19　　　11.　　An example of Tesla's Order Payment screen for desktop and mobile are
20 attached hereto as **Exhibit 5** and **Exhibit 6**, respectively. These screenshots are
21 substantially identical to what Joel Mann would have seen when placing his order.

22　　　12.　　An example of Tesla's Order Payment screen for desktop and mobile are
23 attached hereto as **Exhibit 7** and **Exhibit 8**, respectively. These screenshots are
24 substantially identical to what Herbert Joel Segall would have seen when placing his
25 order.

26　　　13.　　An example of Tesla's Order Payment screen for desktop and mobile are
27 attached hereto as **Exhibit 9** and **Exhibit 10**, respectively. These screenshots are

28

2

substantially identical to what Zachary Hlavinka would have seen when placing his order.

     I declare under penalty of perjury under the laws of the United States of America that this Declaration is true and correct. Executed on this 22nd day of February 2022 in __Carmel__, California.

                                                      _/s/ Victor Barclay_
                                                        Victor Barclay