1  Michael L. Mallow (SBN 188745)
   mmallow@shb.com
2  Rachel A. Straus (SBN 268836)
   rstraus@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   2049 Century Park East, Suite 3000
4  Los Angeles, CA 90067
   Tel: (424) 285-8330 | Fax: (424) 204-9093
5
6  Amir Nassihi (SBN 235936)
   anassihi@shb.com
7  Joan R. Camagong (SBN 288217)
   jcamagong@shb.com
8  SHOOK, HARDY & BACON L.L.P.
   555 Mission Street, Suite 2300
9  San Francisco, CA 94105
   Tel: (415) 544-1900 | Fax: (415) 391-0281

10 Attorneys for Defendant
11 TESLA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH, ZACHARY HLVINKA, JOEL MANN, HERBERT JOEL SEGALL, and M. DEEBLE, individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, Defendant,<br><br>Defendant. | Case No. 8:21-cv-00060-PSG-JDE<br><br>Assigned to Hon. Philip S. Gutierrez Courtroom 6A, 6th Floor<br><br>**DECLARATION OF LIS FRASER** |

I, Lis Fraser, declare as follows:

1. I am a Senior Staff Technical Writer at Tesla, Inc. ("Tesla"), where I have been employed for more than 8 years. My job responsibilities consist of creating and maintaining content for all vehicle owner-facing documentation. Except as otherwise noted, I have personal knowledge of the following facts and if called to testify could and would testify competently thereto.

2. Attached as **Exhibit 11** is a true and correct copy of Tesla's New Vehicle Limited Warranty that was effective from April 2017 until December 2017.

3. Attached as **Exhibit 12** is a true and correct copy of Tesla's New Vehicle Limited Warranty that was effective from January 2018 until February 2019.

4. Attached as **Exhibit 13** is a true and correct copy of Tesla's New Vehicle Limited Warranty that was effective from February 2019 until January 2020.

I declare under penalty of perjury under the laws of the United States of America that this Declaration is true and correct. Executed on this 23rd day of February 2022 in Felton, California.

Lis Fraser