# Exhibit 1



# DELIVERY DOCUMENTS

Customer Name: **Joel Mann**   Service Center: **Las Vegas**
VIN: **700850**   RN: **7505491**   Delivery Date/Time: **08/7/17**
Host: **Danni**   Validate: **B. Appleyd**   Upload: **B. Appleyd**   ☐ HOT

☐ NEW    ☐ INVENTORY    ☐ USED/CPO

Prepayment: $ **3,890.38**   ☑ Registrant DL Uploaded   ☐ Proof of Delivery Obtained
Due at Delivery: $ **0**   ☐ Co-Registrant DL Uploaded   ☐ Pending Incomplete Items:
☐ # of Checks Included:   ☑ Proof of Insurance

## ☑ REGISTRATION

| PRE | POST | | PRE | POST | STATE SPECIFIC |
|---|---|---|---|---|---|
| ☑ | ☑ | DMV Documents | ☐ | ☐ | Copy: Business/Trust Documents |
| | | | ☐ | ☐ | Copy: Current Registration/Plate Transfer |
| | | Plate Number: | ☐ | ☐ | CA Inventory: Used Vehicle Certification |
| | | Temporary Tag: | ☐ | ☐ | State Inspection |
| | | Registration State: | ☐ | ☐ | VIN Verification |

| ☐ CASH   ☑ 3RD PARTY | ☐ TESLA LEASE |
|---|---|
| PRE POST | PRE POST |
| ☑ ☑ MVPA Time Stamped or Wet Signed | ☐ ☐ Tesla Lease Agreement |
| ☑ ☐ Delivery Declaration Wet Signed | ☐ ☐ Agreement to Furnish Insurance |

## ☐ US BANK LEASE

| PRE | POST | | PRE | POST | |
|---|---|---|---|---|---|
| ☐ | ☐ | US Bank Lease Agreement | | | ☐ BUSINESS |
| ☐ | ☐ | Credit Application | ☐ | ☐ | LLC or Corporate Borrowing Resolution |
| ☐ | ☐ | Agreement to Furnish Insurance | ☐ | ☐ | Business Address Information Form |

## ☐ RETAIL INSTALLMENT CONTRACT

| PRE | POST | | PRE | POST | |
|---|---|---|---|---|---|
| ☐ | ☐ | Retail Installment Contract | | | ☐ ALLIANT |
| ☐ | ☐ | Credit Application | ☐ | ☐ | Membership Form |
| ☐ | ☐ | Delivery Declaration Wet Signed | ☐ | ☐ | ACH Authorization |
| ☐ | ☐ | Notice to Cosigner if: *Two Individuals* (exception: US Bank) | | | ☐ US BANK   ☐ WELLS FARGO |
| | | | ☐ | ☐ | Agreement to Furnish Insurance |
| | | ☐ BUSINESS | | | ☐ TECH CU |
| ☐ | ☐ | LLC or Corporate Borrowing Resolution | | | |
| ☐ | ☐ | US Bank Business Address Form | ☐ | ☐ | Membership Form |
| ☐ | ☐ | Notice to Cosigner if: (Wells Fargo, TD Auto, Chase, Tech CU) | ☐ | ☐ | Agreement to Furnish Insurance |

## ☐ ACQUISITION

| Negative Equity Due: $ | VIN: | License Plate #: |
|---|---|---|
| Payoff Due Date: | Odometer: | Number of Plates: |
| ☐ Registration | ☐ Signed Vehicle Title | ☐ Release of Liability |
| ☐ Odometer Disclosure | ☐ Authorization for Payoff | ☐ REG 262 |
| ☐ Trade-in Annex | ☐ Power of Attorney | ☐ Lost Title Check |

Serial:RN7505491-00-20170804234730



## Motor Vehicle Purchase Agreement
### Vehicle Configuration

**Customer**

Joel Mann

Las Vegas, NV

(702) 217-4214
joel@legalmann.com

| | |
|---|---|
| **VIN** | 5YJSA1E20HF200850 |
| **Reservation** | RN7505491 |
| **Order Payment** | $2,500.00 |
| **Accepted by Customer on** | 7/25/2017 12:52:10 PM |

Price indicated does not include taxes and governmental fees, which will be calculated as your delivery date nears. You will be responsible for these additional taxes and fees.

| Description | Total in USD |
|---|---|
| Model S 100D | $97,500.00 |
| Dual Motor All Wheel Drive | - |
| Midnight Silver Metallic Paint | $1,000.00 |
| Glass Roof | - |
| 19" Slipstream Wheels | - |
| All Black Interior | $3,300.00 |
| Black Tesla Premium Seats | - |
| Carbon Fiber Décor | $250.00 |
| Black Headliner | - |
| Supercharger Enabled | - |
| Enhanced Autopilot | $5,000.00 |
| 72 amp Charger Upgrade | - |
| Smart Air Suspension | - |
| Premium Interior Package | $3,500.00 |
| Premium Sound | $2,500.00 |
| **Subtotal** | **$113,050.00** |
| Destination Fee | $1,125.00 |
| Documentation Fee | $75.00 |
| Order Modification Fee | $0.00 |
| **Vehicle Total** | **$114,250.00** |



Final

## MOTOR VEHICLE PURCHASE AGREEMENT

| DATE OF AGREEMENT: | | | | August 4, 2017 | | |
|---|---|---|---|---|---|---|
| BUYER'S AND CO-BUYER'S NAME AND ADDRESS: | | | | SELLER'S NAME AND ADDRESS: | | |
| Joel Mann <br> <br> Las Vegas, NV | | | | Tesla Motors NV, Inc. <br> 6260 Badura Ave, Ste 100 <br> Las Vegas, NV 89118-4684 | | |
| VEHICLE TO BE DELIVERED ON OR ABOUT: | | | | 08/05/2017 | | |

### DESCRIPTION OF PROPERTY

| New/Used | Year | Make | Model | Style | Vehicle Identification Number | ODO Mileage |
|---|---|---|---|---|---|---|
| New - Previous service/demo vehicle | 2017 | TESLA | Model S 100D | 4-DR | 5YJSA1E20HF200850 | 000050 |

### PURCHASE PRICE

1. **Total Cash Price**
   - A. Cash price of motor vehicle, options, accessories and fees. (See attached Vehicle Configuration for itemization.) $ 114,250.00 (A)
   - B. Documentation Fee★ $ 0.00 (B)
   - C. Less Tesla Vehicle Trade-In (see Trade-in Annex) $ 0.00 (C)
   - D. Other: Showroom Discount $ -1,600.00 (D)
   - E. Other: Referral Credit $ -1,000.00 (E)
   - F. Subtotal of Taxable Items (A through E) $ 111,650.00 (F)
   - G. Sales Tax $ 9,211.13 (G)
   - H. Lien Balance due on Trade-in $ 0.00 (H)
   - Total Cash Price (F through H) $ 120,861.13 (1)

2. **Amounts Paid to Government Agencies***
   - A. Registration/Transfer/Plate $ 0.00 (A)
   - B. License Fees $ 0.00 (B)
   - C. Other: Title Fee $ 29.25 (C)
   - D. Other: $ 0.00 (D)
   - Total Government Fees (A through D) $ 29.25 (2)

3. **Other Fees**
   - A. Charging Installation Fee $ 0.00 (A)

4. **Subtotal (1 through 3)** $ 120,890.38 (4)

5. **Total Credits**
   - A. Order Payment $ 2,500.00 (A)
   - B. Other: Alliant Credit Union $ 117,000.00 (B)
   - C. Order Modification Fee Credit $ 0.00 (C)
   - Total Credits (A through C) $ 119,500.00 (5)

6. **Amount Due from Buyer (3 through 4)** $ 1,390.38 (6)

\* Seller may retain or receive part of the amounts paid to others.



# Motor Vehicle Purchase Agreement
## Terms & Conditions

**Documentation.** Your Motor Vehicle Purchase Agreement (the "Agreement") is made up of the following documents:

1. **Vehicle Configuration:** The Vehicle Configuration describes the vehicle that you configured and ordered, including pricing (excluding taxes and official or government fees). If you are purchasing a vehicle from our inventory, the Vehicle Configuration may be in the form of a Monroney window sticker or a buyer's guide.

2. **Final Price Sheet:** The Final Price Sheet will be provided to you as your delivery date nears. It will include final pricing based on your final Vehicle Configuration and will include taxes and official or governmental fees.

3. **Terms & Conditions:** These Terms & Conditions are effective as of the date you place your order and make your Order Payment (the "Order Date").

**Agreement to Purchase.** You agree to purchase the vehicle (the "Vehicle") described in your Vehicle Configuration from Tesla, Inc. or its affiliate ("we," "us" or "our"), pursuant to the terms and conditions of this Agreement. Your Vehicle is priced and configured based on features and options available at the time of order and you can confirm availability with your Owner Advisor. Options, features or hardware released after you place your order may not be included in or available for your Vehicle.

**Purchase Price, Taxes and Official Fees.** The purchase price of the Vehicle is indicated in your Vehicle Configuration, the Monroney window sticker or buyer's guide attached to this Agreement, as applicable. This purchase price does not include taxes and official or government fees, which could amount to up to 10% or more of the Vehicle purchase price. Because these taxes and fees are constantly changing and will depend on many factors, such as where you register the Vehicle, they will be calculated closer to the time of delivery and indicated on your Final Price Sheet. You will be responsible for paying these additional taxes and fees.

**Manufacturing Process.**

- **Order Stage:** We will submit your order to the Tesla Factory for production three (3) calendar days after the Order Date. During this three (3) day period, you may cancel your order or make any changes to your Vehicle Configuration without charge. Your Order Payment will be refundable if you cancel within this three (3) day period.

- **Factory Stage:** When we submit your order for production (3 days after your order date), your Order Payment becomes earned and non-refundable. Because production of your Vehicle is already underway, changes to your Vehicle Configuration during this time will be difficult, if not impossible, for us to accommodate. If you want to make changes to your Vehicle Configuration, we will try to accommodate your request. If we accept your request, you will be subject to a non-refundable $500 change fee and potential price increases for any pricing adjustments made since your original Order Date. Any changes made to your Vehicle Configuration, including changes to the purchase price, will be reflected in a subsequent Vehicle Configuration that will form part of this Agreement.

**Cancellation; Default:** Because your Vehicle is custom ordered, we incur significant costs in starting production of your Vehicle. We also incur significant costs for remarketing and reselling the Vehicle if you cancel or default in this Agreement. As a result, your Order Payment is non-refundable three (3) calendar days after your Order Date. You acknowledge that the Order Payment amount is a fair and reasonable estimate of the actual damages that we have incurred or may incur, costs that are otherwise impracticable or extremely difficult to determine. We will credit your



Order Payment toward the final purchase price of the Vehicle. You acknowledge that this Order Payment and this Agreement are not made or entered into in anticipation of or pending any conditional sale contract.

**Inventory Vehicle.** This paragraph is applicable if you are purchasing a Vehicle from our inventory (*i.e.*, the Vehicle has already been manufactured, as indicated by an existing VIN, an attached Monroney window sticker or a buyer's guide). Because we incur significant costs in preparing and coordinating the delivery of your Vehicle, including shipping logistics, your Order Payment is non-refundable. You acknowledge that the Order Payment amount is a fair and reasonable estimate of the actual damages that we have incurred or may incur in transporting, remarketing and reselling the Vehicle, costs that are otherwise impracticable or extremely difficult to determine. We will credit your Order Payment against the purchase price of your Vehicle upon completion of the transaction. You acknowledge that this Order Payment and this Agreement are not made or entered into in anticipation of or pending any conditional sale contract.

**Delivery.** If you are picking up your Vehicle in a state where we are licensed to sell the Vehicle, we will notify you of when we expect your Vehicle to be ready for delivery at your local Tesla Delivery Center, or other location as we may agree to. You agree to schedule and take delivery of your Vehicle within one week of this date. If you are unable to take delivery within the specified period, your Vehicle may be made available for sale to other customers.

If you wish to pick up your Vehicle in a state where we are not licensed to sell the Vehicle, or if you and Tesla otherwise agree, Tesla will, on your behalf, coordinate the shipment of your Vehicle to you from our factory in California or another state where we are licensed to sell the Vehicle. In such a case, you agree that this is a shipment contract under which Tesla will coordinate the shipping of the Vehicle to you via a third-party common carrier. You agree that delivery of the Vehicle, including the transfer of title and risk of loss to you, will occur at the time your Vehicle is loaded onto the common carrier's transport (*i.e.*, FOB shipping point). The carrier will insure your Vehicle while in transit and you will be the beneficiary of any claims for damage to the Vehicle or losses occurring while the Vehicle is in the possession of a common carrier.

The estimated delivery date of your Vehicle indicated in this Agreement is an estimate only and is not a guarantee of when your Vehicle will actually be delivered. To secure your final payment and performance under the terms of this Agreement, we will retain a security interest in the Vehicle and all proceeds therefrom until your obligations have been fulfilled.

**Privacy Policy; Payment Terms for Services.** Tesla's Customer Privacy Policy and Payment Terms for Services are incorporated into this Agreement and can be viewed at www.tesla.com/about/legal.

---

**Agreement to Arbitrate.** Please read this provision carefully.

In the event of a concern or dispute between us, please send Tesla written notice to resolutions@tesla.com describing the nature of the dispute and the relief sought.

If it is not resolved within 60 days, Tesla and you agree that any dispute arising out of or relating to any aspect of the relationship between us will not be decided by a judge or jury but instead by a single arbitrator in an arbitration administered by the American Arbitration Association (AAA). This includes claims arising before this Agreement, including claims related to statements about our products. Alternatively, you may opt out of arbitration as described below.

The AAA Consumer Arbitration Rules will apply. We will pay all AAA fees for any arbitration. The arbitration will be held in a location most convenient to your residence. To learn more about the Rules and how to begin an arbitration, you may call any AAA office or go to www.adr.org.

---



The arbitrator may only resolve disputes between you and Tesla on an individual basis. The arbitrator cannot award relief for anyone who is not a party and may not consolidate claims. In other words, you and Tesla may bring claims against the other only in your or its individual capacity and not as a plaintiff or class member in any class or representative action.

If you prefer, you may instead take your individual dispute to small claims court.

You may opt out within 30 days after signing this Agreement by sending a letter to: Tesla, Inc.; P.O. Box 15430; Fremont, CA 94539-7970, stating your name and intent to opt out of the arbitration provision.

**Warranty.** You will receive the Tesla New Vehicle Limited Warranty or the Tesla Preowned Limited Warranty, as applicable, at or prior to the time of Vehicle delivery or pickup. You may also obtain a written copy of your warranty from us upon request or from our website.

**Limitation of Liability.** We are not liable for any incidental, special or consequential damages arising out of this Agreement. Your sole and exclusive remedy under this Agreement will be limited to reimbursement of your Order Payment.

**No Resellers; Discontinuation.** Tesla and its affiliates sell cars directly to end-consumers, and we may unilaterally cancel any order that we believe has been made with a view toward resale of the Vehicle or that has otherwise been made in bad faith. We may also cancel your order and refund your deposit if we discontinue a product, feature or option after the time you place your order.

**Governing Law; Integration; Assignment.** The terms of this Agreement are governed by, and to be interpreted according to, the laws of the State in which we are licensed to sell motor vehicles that is nearest to your address indicated on your Vehicle Configuration. Prior agreements, oral statements, negotiations, communications or representations about the Vehicle sold under this Agreement are superseded by this Agreement. Terms relating to the purchase not expressly contained herein are not binding. We may assign this Agreement at our discretion to one of our affiliated entities.

**State-Specific Provisions.** You acknowledge that you have read and understand the provisions applicable to you in the State-Specific Provisions attachment to this Agreement.

This Agreement is entered into and effective as of the date you accept this Agreement, by electronic means or otherwise. By confirming and accepting this Agreement, you agree to the terms and conditions of this Agreement.

Buyer's Signature: _[signature]_
Name: Joel Mann
Date: 8-7-17

Co-Buyer's Signature:

Seller Signature Tesla: _[signature] By_
Name/Title: Barrett Applegate DES
Date: 08/07/2017



## State Specific Provisions

For **NEW YORK** residents: If the Vehicle is not delivered in accordance with the Agreement within 30 days following the estimated delivery date, you have the right to cancel the Agreement and receive a full refund, unless the delay in delivery is attributable to you.

For **MASSACHUSETTS** residents: ATTENTION PURCHASER: All vehicles are WARRANTED as a matter of state law. They must be fit to be driven safely on the roads and must remain in good running condition for a reasonable period of time. If you have significant problems with the Vehicle or if it will not pass a Massachusetts inspection, you should notify us immediately. We may be required to fix the car or refund your money. THIS WARRANTY IS IN ADDITION TO ANY OTHER WARRANTY GIVEN BY US.

For **WASHINGTON, D.C.** residents:

### NOTICE TO PURCHASER

IF, AFTER A REASONABLE NUMBER OF ATTEMPTS, THE MANUFACTURER, ITS AGENT, OR AUTHORIZED DEALER IS UNABLE TO REPAIR OR CORRECT ANY NON-CONFORMITY, DEFECT, OR CONDITION WHICH RESULTS IN SIGNIFICANT IMPAIRMENT OF THE MOTOR VEHICLE, THE MANUFACTURER, AT THE OPTION OF THE CONSUMER, SHALL REPLACE THE MOTOR VEHICLE WITH A COMPARABLE MOTOR VEHICLE, OR ACCEPT RETURN OF THE MOTOR VEHICLE FROM THE CONSUMER AND REFUND TO THE CONSUMER THE FULL PURCHASE PRICE, INCLUDING ALL SALES TAX, LICENSE FEES, REGISTRATION FEES, AND ANY SIMILAR GOVERNMENT CHARGES. IF YOU HAVE ANY QUESTIONS CONCERNING YOUR RIGHTS, YOU MAY CONTACT THE DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS.

Seller certifies that the information contained in the itemization of the purchase price, including the Vehicle Configuration, and required by Chapter 3 (Buying, Selling and Financing Motor Vehicles) of Title 16 of the Code of D.C. Municipal Regulations, is true to the best of our knowledge.



## Tesla Motors, Inc.
### Odometer Disclosure Statement for Title Transfers

**Tesla Motors, Inc.**

Federal and state laws require that you state the mileage in a transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, __Tesla Motors NV, Inc._____ , certify to the best of my knowledge that the odometer
   Seller's name (type or print)

reading now reads __000050_____ (no tenths) miles and reflects the actual mileage of the vehicle described below, unless one of the following statements is checked:
- ❏ The mileage stated is in excess of its mechanical limits.
- ❏ The odometer reading is not the actual mileage.

Year __2017__  Make __Tesla__  Body Type __4-DR__  Model __Model S 100D__

Vehicle Identification Number __5YJSA1E20HF200850__

Seller's Signature _____(signed)_____

Seller's Printed Name __Barrett Applegate__

Seller's Address __6260 W Badura Ave__
__Las Vegas, NV 89118__
City, State, ZIP

Seller's Certification Date __08/07/2017__

---

### To be completed by the buyer

Buyer's Signature _____(signed)_____

Buyer's Printed Name __Joel Mann__

Buyer's Address __632 Chervil Valley Dr__
__Las Vegas, NV 89138__
City, State, ZIP

Buyer's Acknowledgement Date __08/07/2017__



## Delivery Declaration and Due Bill

| VEHICLE DESCRIPTION | | |
|---|---|---|
| Year/Model | Buyer Name/s | VIN |
| 2017 / Model S | Joel Mann | 5YJSA1E20HF200850 |

BY SIGNING BELOW, YOU AGREE THAT YOU HAVE TAKEN DELIVERY OF YOUR MODEL S 100D ON OR BEFORE  08/07/2017  AND THAT YOU AGREE WITH YOUR FINAL MOTOR VEHICLE PURCHASE AGREEMENT, WHICH HAS BEEN UPLOADED TO AND IS AVAILABLE IN YOUR MY TESLA ACCOUNT.

OUTSTANDING WORK TO BE COMPLETED SUBSEQUENT TO DELIVERY OF THE VEHICLE

1. N/A
2. N/A
3. N/A
4. N/A
5. N/A
6. N/A
7. Nothing else promised or implied

Note: The above promised work is the only work to be performed free of charge. Any additional work will be charged for in accordance with the type of warranty issued at time of sale, and will be cash on delivery. No loan cars are available. If required, all necessary work must be done in our shop or by an authorized Tesla service representative, and Buyer must make an advance appointment with the service department before the above work can be performed.

Name of Buyer or Buyer's Agent taking Delivery (please print):  Joel Mann

Signed: _[signature]_

On behalf of: _____ [Buyer Name/s]

Date: 08/07/2017

Delivery Experience Specialist Signature: _[signature]_

Delivery Declaration v. 20120403
©2012 Tesla Motors, Inc.

RN7505491