# Exhibit 3

# PURCHASE CHECKLIST

### ORDER VALIDATION

RN: RN3991986       VIN: 5YJXCDE23JF121311       DATE: 27-Nov-2018 at 12:30 PM

CUSTOMER(S):           REGISTRATION ADDRESS:        CONTACT INFORMATION:
Herbert Joel Segall                                                         phone: (818) 635-1153
Amy Ilene Segall       Woodland Hills, CA           email: joel_segall@hotmail.com

DL1 [✓]   DL2 [✓]   POI [✓]

*Collect Both*

### PAYMENT & DOCUMENTS

Due from Customer: $ 38,015.01          Order Type: Third Party Lending
                                        [✓] MVPA
Due from Bank: $ 60,000.00              [ ] Delivery Declaration
                                        [✓] DMV Documents
Payments Received: $ 2,500.00

Lender: Logix Federal Credit Union

Loan Amount: $60,000.00
                                        Trade-in?: n/a

**FOR INTERNAL USE ONLY**

OPPORTUNITY ID:



TESLA

Serial:RN3991986-00-20181123211900



## Motor Vehicle Purchase Agreement
### Vehicle Configuration

**Customer Information**

HERBERT JOEL SEGALL
AMY ILENE SEGALL

WOODLAND HILLS, CA

(818) 635-1153
joel_segall@hotmail.com

| | |
|---|---|
| **VIN** | 5YJXCDE23JF121311 |
| **Reservation** | RN3991986 |
| **Order Payment** | 2,500.00 |
| **Accepted by Customer on** | 11/3/2018 |

Price indicated does not include taxes and governmental fees, which will be calculated as your delivery date nears. You will be responsible for these additional taxes and fees.

| Description | Total in USD |
|---|---|
| Model X 75D | $83,000.00 |
| Dual Motor All Wheel Drive | - |
| Silver Metallic Paint | $1,500.00 |
| 20" Silver Wheels | - |
| Black Premium | $3,300.00 |
| Black Premium Interior | - |
| Figured Ash Wood décor | - |
| Ultra-suede Black headliner | - |
| Five Seat Interior | - |
| Enhanced Autopilot | $5,000.00 |
| Smart Air Suspension | - |
| Premium Interior Package | - |
| Premium Sound | - |
| Subzero Weather Package | - |
| Tow Package | - |
| **Subtotal** | **$92,800.00** |
| Destination Fee | $1,125.00 |
| Documentation Fee | $75.00 |
| Transportation Fee (if applicable) | $0.00 |
| Order Modification Fee (if applicable) | $0.00 |
| **Total** | **$94,000.00** |



# MOTOR VEHICLE PURCHASE AGREEMENT
## Final Price Sheet

| DATE OF AGREEMENT: | November 23, 2018 |
|---|---|
| BUYER'S AND CO-BUYER'S NAME AND ADDRESS: | SELLER'S NAME AND ADDRESS: |
| HERBERT JOEL SEGALL<br>AMY ILENE SEGALL<br><br>WOODLAND HILLS, CA | TESLA MOTORS INC.<br>6900 DUMBARTON CIRCLE<br>FREMONT, CA 94555 |
| VEHICLE TO BE DELIVERED ON OR ABOUT: | 11/27/2018 |

### DESCRIPTION OF PROPERTY

| New/Used | Year | Make | Model | Style | Vehicle Identification Number | Odometer |
|---|---|---|---|---|---|---|
| New - Previous service/demo vehicle | 2018 | TESLA | Model X 75D | UT | 5YJXCDE23JF121311 | 922 |

### PURCHASE PRICE

1. **Total Vehicle Price**
   - A. Cash price of motor vehicle, options, accessories and fees. (See attached Vehicle Configuration for itemization.) $ 94,000.00 (A)
   - B. Other: Price Adjustment $ -3,000.00 (B)
   - C. Other: N/A $ 0.00 (C)
   - Total Vehicle Price (A through C) $ 91,000.00 (1)
2. **Sales Tax Calculation**
   - A. Trade-in tax credit (if applicable) $ 0.00 (A)
   - B. Taxable Fees (if applicable) $ 0.00 (B)
   - C. Subtotal of Taxable Items $ 91,000.00 (C)
   - D. Sales Tax $ 8,645.01 (2D)
   - E. Other: N/A $ 0.00 (2E)
   - Total Cash Price (1 plus 2D and 2E) $ 99,645.01 (2)
3. **Amounts Paid to Government Agencies***
   - A. Registration/Transfer/Titling Fees $ 271.00 (A)
   - B. License Fee (if applicable) $ 592.00 (B)
   - C. Tire Fee (if applicable) $ 7.00 (C)
   - D. Battery Fee (if applicable) $ 0.00 (D)
   - E. Other Fee(s): $ 0.00 (E)
   - F. Other Fee(s): $ 0.00 (F)
   - Total Government Fees (A through F) $ 870.00 (3)
4. **Subtotal (2 plus 3)** $ 100,515.01 (4)
5. **Total Credits**
   - A. Deposit $ 2,500.00 (A)
   - B. Financed Amount: Logix Federal Credit Union $ 60,000.00 (B)
   - C. EV Incentive (if applicable) $ 0.00 (C)
   - D. Trade in value applied to purchase (if applicable) $ 0.00 (D)
   - E. Customer downpayment $ 38,015.01 (E)
   - F. Other Credits $ 0.00 (F)
   - Total Credits (A through F) $ 100,515.01 (5)
6. **Amount Due from Buyer (4 through 5)** $ 0.00 (6)

*Seller may retain or receive part of the amounts paid to others.

Auto Broker Fee: This transaction is not subject to a fee received by an auto broker from Seller unless this box is checked:
☐ If checked, name of auto broker receiving fee: n/a

---

Motor Vehicle Purchase Agreement – Final Price Sheet (v. 20180731)
Tesla, Inc. ©2018

Page 1 of 1



**Motor Vehicle Order Agreement**
**Terms & Conditions**

**Documentation.** Your Motor Vehicle Order Agreement (the "Agreement") is made up of the following documents:

1. **Vehicle Configuration:** The Vehicle Configuration describes the vehicle that you configured and ordered, including pricing (excluding taxes and official or government fees). If you are purchasing a vehicle from our inventory, the Vehicle Configuration may be in the form of a Monroney window sticker or a buyer's guide.
2. **Final Price Sheet:** The Final Price Sheet will be provided to you as your delivery date nears. It will include final pricing based on your final Vehicle Configuration and will include taxes and official or governmental fees.
3. **Terms & Conditions:** These Terms & Conditions are effective as of the date you place your order and make your Order Payment (the "Order Date").

**Agreement to Purchase or Lease.** You agree to purchase or lease the vehicle (the "Vehicle") described in your Vehicle Configuration from Tesla, Inc. or its affiliate ("we," "us" or "our"), pursuant to the terms and conditions of this Agreement. Your Vehicle is priced and configured based on features and options available at the time of order and you can confirm availability with your Owner Advisor. Options, features or hardware released after you place your order may not be included in or available for your Vehicle.

**Purchase Price, Taxes and Official Fees.** The purchase price of the Vehicle is indicated in your Vehicle Configuration, the Monroney window sticker or buyer's guide attached to this Agreement, as applicable. This purchase price does not include taxes and official or government fees, which could amount to up to 10% or more of the Vehicle purchase price. Because these taxes and fees are constantly changing and will depend on many factors, such as where you register the Vehicle, they will be calculated closer to the time of delivery and indicated on your Final Price Sheet. You are responsible for paying these additional taxes and fees. If you present a check for any payment, we may process the payment as a normal check transaction, or we may use information from your check to make a one-time electronic fund transfer from your account, in which case your bank account will reflect this transaction as an Electronic Fund Transfer.

**Manufacturing Process.**

- **Order Stage:** We will submit your order to the Tesla Factory for production three (3) calendar days after the Order Date. During this three (3) day period, you may cancel your order or make any changes to your Vehicle Configuration without charge. Your Order Payment will be refundable if you cancel within this three (3) day period.
- **Factory Stage:** When we submit your order for production (3 days after your order date), your Order Payment becomes earned and non-refundable. Because production of your Vehicle is already underway, changes to your Vehicle Configuration during this time will be difficult, if not impossible, for us to accommodate. If you want to make changes to your Vehicle Configuration, we will try to accommodate your request. If we accept your request, you will be subject to a non-refundable $500 change fee and potential price increases for any pricing adjustments made since your original order date. Any changes made to your Vehicle Configuration, including changes to the purchase price, will be reflected in a subsequent Vehicle Configuration that will form part of this Agreement.

**Cancellation; Default.** Because your Vehicle is custom ordered, we incur significant costs in starting production of your Vehicle. We also incur significant costs for remarketing and reselling the Vehicle if you cancel or default in this Agreement. As a result, your Order Payment is non-refundable three (3) calendar days after your Order Date. You acknowledge that the Order Payment amount is a fair and reasonable estimate of the actual damages that we have incurred or may incur, costs that are otherwise impracticable or extremely difficult to determine. We will credit your Order Payment toward the final purchase price of the Vehicle. You acknowledge that this Order Payment and this Agreement are not made or entered into in anticipation of or pending any conditional sale contract.

**Inventory Vehicle.** This paragraph is applicable if you are purchasing a Vehicle from our inventory (i.e., the Vehicle has already been manufactured, as indicated by an existing VIN, an attached Monroney window sticker or a buyer's guide). Because we incur significant costs in preparing and coordinating the delivery of your Vehicle, including shipping logistics, your Order Payment is non-refundable. You acknowledge that the Order Payment amount is a fair and reasonable estimate of the actual damages that we have incurred or may incur in transporting, remarketing and reselling the Vehicle, costs that are otherwise impracticable or extremely difficult to determine. We will credit your Order Payment against the purchase price of your Vehicle upon completion of the transaction. You acknowledge that this Order Payment and this Agreement are not made or entered into in anticipation of or pending any conditional sale contract.

**Delivery.** If you are picking up your Vehicle in a state where we are licensed to sell the Vehicle, we will notify you of when we expect your Vehicle to be ready for delivery at your local Tesla Delivery Center, or other location as we may agree to. You agree to schedule and take delivery of your Vehicle within one week of this date. If you are unable to take delivery within the specified period, your Vehicle may be made available for sale to other customers.

If you wish to pick up your Vehicle in a state where we are not licensed to sell the Vehicle, or if you and Tesla otherwise agree, Tesla will, on your behalf, coordinate the shipment of your Vehicle to you from our factory in California or another state where we are licensed to sell the Vehicle. In such a case, you agree that this is a shipment contract under which Tesla will coordinate the shipping of the Vehicle to you via a third-party common carrier. You agree that delivery of the Vehicle, including the transfer of title and risk of loss to you, will occur at the time your Vehicle is loaded onto the common carrier's transport (i.e., FOB shipping point). The carrier will insure your Vehicle while in transit and you will be the beneficiary of any claims for damage to the Vehicle or losses occurring while the Vehicle is in the possession of a common carrier.

The estimated delivery date of your Vehicle indicated in this Agreement is an estimate only and is not a guarantee of when your Vehicle will actually be delivered. To secure your final payment and performance under the terms of this Agreement, we will retain a security interest in the Vehicle and all proceeds therefrom until your obligations have been fulfilled.

**Privacy Policy; Payment Terms for Services; Supercharger Fair Use Policy.** Tesla's Customer Privacy Policy; Payment Terms for Services and Supercharger Fair Use Policy are incorporated into this Agreement and can be viewed at www.tesla.com/about/legal.



**Agreement to Arbitrate.** Please carefully read this provision, which applies to any dispute between you and Tesla, Inc. and its affiliates, (together "Tesla").

If you have a concern or dispute, please send a written notice describing it and your desired resolution to resolutions@tesla.com.

If not resolved within 60 days, you agree that any dispute arising out of or relating to any aspect of the relationship between you and Tesla will not be decided by a judge or jury but instead by a single arbitrator in an arbitration administered by the American Arbitration Association (AAA) under its Consumer Arbitration Rules. This includes claims arising before this Agreement, such as claims related to statements about our products.

We will pay all AAA fees for any arbitration, which will be held in the city or county of your residence. To learn more about the Rules and how to begin an arbitration, you may call any AAA office or go to www.adr.org.

The arbitrator may only resolve disputes between you and Tesla, and may not consolidate claims without the consent of all parties. The arbitrator cannot hear class or representative claims or requests for relief on behalf of others purchasing or leasing Tesla vehicles. In other words, you and Tesla may bring claims against the other only in your or its individual capacity and not as a plaintiff or class member in any class or representative action. If a court or arbitrator decides that any part of this agreement to arbitrate cannot be enforced as to a particular claim for relief or remedy (such as injunctive or declaratory relief), then that claim or remedy (and only that claim or remedy) shall be severed and must be brought in court and any other claims must be arbitrated.

If you prefer, you may instead take an individual dispute to small claims court.

You may opt out of arbitration within 30 days after signing this Agreement by sending a letter to: Tesla, Inc.; P.O. Box 15430; Fremont, CA 94539-7970, stating your name, Vehicle Identification Number, and intent to opt out of the arbitration provision. If you do not opt out, this agreement to arbitrate overrides any different arbitration agreement between us, including any arbitration agreement in a lease or finance contract.

**Warranty.** You will receive the Tesla New Vehicle Limited Warranty or the Tesla Preowned Limited Warranty, as applicable, at or prior to the time of Vehicle delivery or pickup. You may also obtain a written copy of your warranty from us upon request or from our website.

**Limitation of Liability.** We are not liable for any incidental, special or consequential damages arising out of this Agreement. Your sole and exclusive remedy under this Agreement will be limited to reimbursement of your Order Payment.

**No Resellers; Discontinuation; Cancellation.** Tesla and its affiliates sell cars directly to end-consumers, and we may unilaterally cancel any order that we believe has been made with a view toward resale of the Vehicle or that has otherwise been made in bad faith. We may also cancel your order and refund your Order Payment if we discontinue a product, feature or option after the time you place your order or if we determine that you are acting in bad faith.

**Governing Law; Integration; Assignment.** The terms of this Agreement are governed by, and to be interpreted according to, the laws of the State in which we are licensed to sell motor vehicles that is nearest to your address indicated on your Vehicle Configuration. Prior agreements, oral statements, negotiations, communications or representations about the Vehicle sold under this Agreement are superseded by this Agreement. Terms relating to the purchase not expressly contained herein are not binding. We may assign this Agreement at our discretion to one of our affiliated entities.

**State-Specific Provisions.** You acknowledge that you have read and understand the provisions applicable to you in the State-Specific Provisions attachment to this Agreement.

This Agreement is entered into and effective as of the date you accept this Agreement, by electronic means or otherwise. By confirming and accepting this Agreement, you agree to the terms and conditions of this Agreement.

| | | | |
|---|---|---|---|
| Buyer's Signature | *[signature]* | Herbert Joel Segall | 11/27/18 |
| | Signature | Name | Date |
| Co-Buyer's Signature | *[signature]* | Amy Segall | 11/27/18 |
| | Signature | Name | Date |
| Seller Signature | *Troy Jones* | Senior Director, North America Sales | November 23, 2018 |
| Tesla | By | Title | Date |