# EXHIBIT 5

# TESLA

1. Car   2. Exterior   3. Interior   4. Autopilot   5. Payment

‹ Edit Design

## Home Energy Upgrades

**Solar + Powerwall**

☑ Request a Quote

Produce and store your own clean energy to power your home and charge your car, day and night.

## Enter Account Details

**First Name**

**Last Name**

**Email Address**

**Phone Number**

### Summary

Model S 75D
Solid Black
19" Silver Wheels
All Black Premium Interior
Figured Ash Wood Décor
Dark Headliner

**Cash** | Loan | Lease

Price after Est. Savings — $62,500
Purchase Price — $78,000
Excluding taxes and fees

⊕ Show Details

By clicking "Order" I agree to the Model S Order Agreement, Supercharger Fair Use Policy, the Customer Privacy Agreement, and consent to be contacted at the number provided with more information or offers about Tesla products. I understand these calls or texts may use automated dialing or pre-recorded messages. I understand my consent to be contacted is not a condition of purchase.

---

CASH ⌄ | $62,500 After savings | $78,000 Before savings | Estimate Payment | Estimated Delivery: February  Due Today - $2,500 | ORDER