# Exhibit 7

1.Car          2.Exterior          3.Interior          4.Autopilot          5.Payment

Email Address                    Phone Number

⊖ Hide Details

| Cash | Lease | Loan |
|------|-------|------|

Price after Est. Savings          $79,325

Purchase Price          $89,000

Excluding taxes and fees

## Payment

Due today to complete your order: $2,500.

Your design can be modified after ordering. You can return your car for a full refund within 7 days or 1,000 miles, whichever comes first. Learn more

**Due Today          $2,500**

Fully refundable

Name on Card

Credit Card Number

By clicking "Place Order" I agree to the Model X Order Agreement, Supercharger Fair Use Policy, the Customer Privacy Agreement and consent to be contacted at the number provided with more information or offers about Tesla products. I understand these calls or texts may use automated dialing or pre-recorded messages. I understand my consent to be contacted is not a condition of purchase.

Expiration Date          CVV          Billing Zip Code

MM / YY

By placing this order you agree to allow Tesla to save your credit card to pay for future services as described in the payment terms.

View additional information

CASH ⌄          $79,325          $89,000          Estimate payment                    PLACE ORDER
                 After potential   Purchase price
                 savings