# Exhibit 9

| T E S L A | 1. Car | 2. Exterior | 3. Interior | 4. Autopilot | 5. Payment |

**Email Address**

**Phone Number**

## Payment

One time order fee of $100 due to complete your order.
Your design can be modified after ordering. Your car can be returned for a full refund within 7 days or 1,000 miles, whichever comes first. Learn more

**Name on Card**

**Credit Card Number**

**Expiration Date**    **CVV**    **Billing Zip Code**
MM / YY

By placing this order you agree to allow Tesla to save your credit card to pay for future services as described in the payment terms.

---

**Cash**  |  Lease  |  Loan

Price after Est. Savings — $31,315
Purchase Price — $39,490
Excluding taxes and fees

**Due Today** — **$100**
Non-refundable Order Fee

By clicking "Place Order" I agree to the Model 3 Order Agreement, Supercharger Fair Use Policy, the Customer Privacy Agreement, and consent to be contacted at the number provided with more information or offers about Tesla products. I understand these calls or texts may use automated dialing or pre-recorded messages. I understand my consent to be contacted is not a condition of purchase.

View additional information

---

CASH ⌄    **$31,315** After potential savings    **$39,490** Purchase price    Estimate payment    **PLACE ORDER**