# Exhibit 10

MM / YY

**Billing Zip Code**

By placing this order you agree to allow Tesla to save your credit card to pay for future services as described in the payment terms.

## Due Today - $100

**PLACE ORDER**

By clicking "Place Order" I agree to the Model 3 Order Agreement, Supercharger Fair Use Policy, the Customer Privacy Agreement, and consent to be contacted at the number provided with more information or offers about Tesla products. I understand these calls or texts may use automated dialing or pre-recorded messages. I understand my consent to be contacted is not a condition of purchase.

View additional information