UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH, ZACHARY HLVINKA, JOEL MANN, HERBERT JOEL SEGALL, and M. DEEBLE, individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, Defendant,<br><br>Defendant. | Case No. 8:21-cv-00060-PSG-JDE<br><br>Assigned to Hon. Philip S. Gutierrez Courtroom 6A, 6th Floor<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S MOTION TO COMPEL ARBITRATION** |

1   Defendant Tesla, Inc.'s Motion to Compel Arbitration in the above entitled
2   action came on regularly for hearing on April 15, 2022 before this Court. Having
3   considered the parties arguments in support of and in opposition to Tesla's Motion,
4   and good cause appearing, it is hereby ordered that Tesla's Motion is GRANTED.
5   Plaintiffs Zachary Hlavinka, Joel Mann, and Herbert Joel Segall are ordered to submit
6   their claims to individual arbitration under the terms of the Agreements to Arbitrate
7   between Plaintiffs and Tesla. Further, this action is stayed pending completion of the
8   arbitration.
9       IT IS SO ORDERED.

Dated: _____

_____
HON. PHILIP S. GUITERREZ
U.S. DISTRICT COURT JUDGE