| | |
|---|---|
| 1 | Michael L. Mallow (SBN 188745) |
| 2 | mmallow@shb.com<br>Rachel A. Straus (SBN 268836) |
| 3 | rstraus@shb.com<br>SHOOK, HARDY & BACON L.L.P. |
| 4 | 2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067-3204 |
| 5 | Tel: (424) 285-8330 \| Fax: (424) 204-9093 |
| 6 | Amir Nassihi (SBN 235936)<br>anassihi@shb.com |
| 7 | Joan R. Camagong (SBN 288217)<br>jcamagong@shb.com |
| 8 | SHOOK, HARDY & BACON L.L.P.<br>555 Mission Street, Suite 2300 |
| 9 | San Francisco, CA 94105<br>Tel: (415) 544-1900 \| Fax: (415) 391-0281 |
| 10 | Attorneys for Defendant |
| 11 | TESLA INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH, ZACHARY HLVINKA, JOEL MANN, HERBERT JOEL SEGALL, and M. DEEBLE, individuals, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation,<br>Defendant,<br><br>    Defendant. | Case No. 8:21-cv-00060-PSG-JDE<br><br>Assigned to Hon. Philip S. Gutierrez<br>Courtroom 6A, 6th Floor<br><br>**DEFENDANT TESLA INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date:    April 15, 2022<br>Time:    1:30 p.m. |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 15, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Philip S. Gutierrez, Courtroom 6A, of the above-entitled Court, located at First Street Courthouse, 350 West 1st Street, Los Angeles, California, 90012, Tesla Inc. ("Tesla") will and hereby does move this Court for an order dismissing Plaintiffs' Amended Complaint in its entirety pursuant to Rule 12(b)(6).

The motion is based on this notice of motion, the supporting memorandum of points and authorities; the declarations of Joan Camagong and Lis Fraser and exhibit thereto; the pleadings on file in this case; and such evidence or argument as the Court may allow at the time of hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 26, 2021 and February 10, 2022.

Dated: March 4, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Joan R. Camagong*
       Joan R. Camagong

       Attorney for Defendant
       TESLA INC.