1  Michael L. Mallow (SBN 188745)
   mmallow@shb.com
2  Rachel A. Straus (SBN 268836)
   rstraus@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   2049 Century Park East, Suite 3000
4  Los Angeles, CA 90067-3204
   Tel: (424) 285-8330 | Fax: (424) 204-9093
5
   Amir M. Nassihi (SBN 235936)
6  anassihi@shb.com
   Joan R. Camagong (SBN 288217)
7  jcamagong@shb.com
   SHOOK, HARDY & BACON L.L.P.
8  555 Mission Street, Suite 2300
   San Francisco, CA 94105
9  Tel: (415) 544-1900 | Fax: (415) 391-0281

10 Attorneys for Defendant
   TESLA INC.
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH, ZACHARY HLVINKA, JOEL MANN, HERBERT JOEL SEGALL, and M. DEEBLE, individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, Defendant,<br><br>Defendant. | Case No. 8:21-cv-00060-PSG-JDE<br><br>Assigned to Hon. Philip S. Gutierrez Courtroom 6A, 6th Floor<br><br>**DEFENDANT TESLA INC.'S NOTICE OF MOTION AND MOTION TO STAY FURTHER DISCOVERY IN LIGHT OF PENDING MOTIONS**<br><br>Date: April 22, 2022<br>Time: 1:30 p.m. |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 22, 2022 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Philip S. Gutierrez, Courtroom 6A, of the above-entitled Court, located at First Street Courthouse, 350 West 1st Street, Los Angeles, California, 90012, Tesla Inc. ("Tesla") will and hereby does move this Court for an order staying further discovery in this action until the Court rules on Tesla's Motion to Compel Arbitration and Motion to Dismiss, currently set for hearing on April 15, 2022.

This Motion to Stay Further Discovery is based on this notice, the supporting memorandum of points and authorities; the declarations of Joan Camagong and Amir Nassihi; the pleadings on file in this case; and such evidence or argument as the Court may allow at the time of hearing, if requested. This motion is made following the conference of counsel pursuant to L.R.7-3 which took place on March 4, 2022.

Dated: March 10, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:   */s/ Amir Nassihi*
       AMIR M. NASSIHI

Attorneys for Defendant
TESLA INC.