| | |
|---|---|
| Matthew J. C. Lusich (Bar No. 320299)<br>mlusich@fishiplaw.com<br>FISH IP LAW, LLP<br>2603 Main Street, Suite 1000<br>Irvine, CA 92614-4271<br>Telephone: (949) 943-8300<br>Facsimile: (949) 943-8358<br><br>*Attorneys for Plaintiff, Robert Fish, M. Deeble, and the Putative Class.* | Michael L. Mallow (SBN 188745)<br>mmallow@shb.com<br>Rachel A. Straus (SBN 268836)<br>rstraus@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067-3204<br>Tel: (424) 285-8330 \| Fax: (424) 204-9093<br><br>Amir M. Nassihi (SBN 235936)<br>anassihi@shb.com<br>Joan R. Camagong (SBN 288217)<br>jcamagong@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>One Montgomery, Suite 2600<br>San Francisco, CA 94104<br>Tel: (415) 544-1900 \| Fax: (415) 391-0281<br><br>*Attorneys for Defendant Tesla Inc.* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FISH and M. DEEBLE, individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:21-cv-00060-PSG-JDE<br><br>**STIPULATION TO VOLUNTARILY DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT;** ORDER<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br><br>JUL 19 2022<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY            DEPUTY<br><br>JS-6 |

  Plaintiff Robert Fish and Plaintiff M. Deeble ("Plaintiffs") and Defendant Tesla, Inc. ("Tesla") (collectively, the "Parties"), by and through their respective counsel, hereby submit the following joint stipulation to dismiss Plaintiffs' Second Amended Complaint, with reference to the following facts and recitals:

1. On January 12, 2021, Plaintiff Fish filed this action. (Dkt. 1).

2. On February 4 2022, Plaintiff Fish filed the First Amended Complaint, adding plaintiffs Zachary Hlavinka, Joel Mann, Herbert Joel Segall, and M. Deeble. (Dkt. 49).

3. On May 15, 2022, the Court held the claims of Plaintiffs Hlavinka, Mann, and Segall were subject to arbitration with Defendant. (Dkt. 85).

4. By the same order, the Court dismissed the claims of Plaintiff Fish with leave to amend all claims, and dismissed the claims of Plaintiff Deeble with leave to amend only his claims under the Computer Fraud and Abuse Act (18 U.S.C. § 1030 et seq.). (Dkt. 85).

5. On June 10, 2022, Plaintiffs Fish and Deeble filed the Second Amended Complaint ("SAC"), amending Fish's CFAA and warranty claims, and amending Deeble's claims under the CFAA.

6. On June 24, 2022, Defendant filed a Motion to Dismiss all claims in the SAC.

7. In view of the above, the Parties stipulate:
 a. Plaintiff Fish's claims in the SAC be dismissed with prejudice;
 b. Plaintiff Deeble's claims under the CFAA in the SAC be dismissed without prejudice;
 c. Former Plaintiffs Hlavinka, Mann, and Segall have no pending claims in the SAC;
 d. That the SAC is voluntarily dismissed as so stipulated pursuant to Federal Rule of Civil Procedure section 41(a)(1)(A)(ii); and
 e. Each party shall bear their own costs and fees.

IT IS SO STIPULATED

Dated: July 18, 2022

By: */s/ Matthew Lusich*
Matthew J. C. Lusich (Bar No. 320299)
mlusich@fishiplaw.com
FISH IP LAW, LLP
2603 Main Street, Suite 1000
Irvine, CA 92614-4271
Telephone: (949) 943-8300
Facsimile: (949) 943-8358

Attorneys for Plaintiffs

IT IS SO ORDERED.
DATED: 7/19/22
UNITED STATES DISTRICT JUDGE

SHOOK, HARDY & BACON L.L.P.

By: */s/ Joan Camagong*
MICHAEL L. MALLOW
AMIR M. NASSIHI
RACHEL A. STRAUS
JOAN R. CAMAGONG

Attorneys for Defendant
TESLA INC.

Dated: July 18, 2022

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Matthew Lusich, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

*/s/Matthew Lusich*
Matthew Lusich

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on July 18, 2022.

Dated: July 18, 2022

/s/ *Matthew Lusich*
Matthew Lusich

-1-
CERTIFICATE OF SERVICE